No. 97–2050. GRABOSKI ET AL. *v.* GIULIANI, MAYOR OF THE CITY OF NEW YORK, ET AL. C. A. 2d Cir. Motion of COAPP-VSF, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 97–2063. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. *v.* SPERONI ET AL. Sup. Ct. Ill. Motions for leave to file briefs as *amici curiae* filed by the following are granted: Public Citizen, Inc., et al., National Conference of Insurance Legislators, Alliance of American Insurers et al., Office of Public Insurance Counsel, Chamber of Commerce of the United States, and Washington Legal Foundation et al. Certiorari denied.

No. 97–9242. STEELE *v.* SISTRUNK ET AL. C. A. 11th Cir. Motion of respondents for determination of frivolousness denied. Certiorari denied.

No. 97–9286. SOLOMON *v.* CHENEY ET AL. C. A. 1st Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 97–9358. BREEST *v.* BRODEUR, COMMISSIONER, NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS. C. A. 1st Cir. Certiorari denied. JUSTICE SOUTER took no part in the consideration or decision of this petition.

No. 97–9517. HUDD *v.* SHIFFMAN ET AL. C. A. 7th Cir. Certiorari before judgment denied.

No. 97–9615. PENK *v.* CLINTON, PRESIDENT OF THE UNITED STATES. C. A. 10th Cir. Certiorari before judgment denied.

No. 97–9686. GIANOPOULOS *v.* BANCOHIO, AKA NCB/COLS NATIONAL CITIES CORP., ET AL. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 98–192. CHANDLER ET UX. *v.* NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION, ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.